B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of New Hampshire | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Isaacson Structural Steel, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**02-0278366** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**40 Jericho Road**<br>**Berlin, NH**<br>ZIP Code **03570** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Coos** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 67**<br>**Berlin, NH**<br>ZIP Code **03570** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

### Tax-Exempt Entity
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

### Filing Fee (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☑ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Isaacson Structural Steel, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)      (Date)</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____

      (Name of landlord that obtained judgment)

      _____

      (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Page 3

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Isaacson Structural Steel, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ William S. Gannon**
Signature of Attorney for Debtor(s)

**William S. Gannon 01222**
Printed Name of Attorney for Debtor(s)

**William S. Gannon PLLC**
Firm Name

**889 Elm Street, 4th Floor**
**Manchester, NH 03101**

_____
Address

**Email: mjoyce@gannonlawfirm.com**
**(603) 621-0833  Fax: (603) 621-0830**
Telephone Number

**June 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Arnold P. Hanson, Jr.**
Signature of Authorized Individual

**Arnold P. Hanson, Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 22, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of New Hampshire

In re **Isaacson Structural Steel, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| James F. Stearns Co., Inc. 42 Winter Street Pembroke, MA 02359 | James F. Stearns Co., Inc. 42 Winter Street Pembroke, MA 02359 | Services | | 1,254,084.29 |
| Contour Steel PO Box 7 Lake View, NY 14085-0007 | Contour Steel PO Box 7 Lake View, NY 14085-0007 | Services | | 235,457.19 |
| Charles Leonard Const. Co., Inc. 183 Pembroke Road Concord, NH 03301 | Charles Leonard Const. Co., Inc. 183 Pembroke Road Concord, NH 03301 | Supplies | | 226,282.00 |
| Computer Detailing, Inc. 2225 East Murray Holladay Rd., Suite 220 Salt Lake City, UT 84117 | Computer Detailing, Inc. 2225 East Murray Holladay Rd., Suite 220 Salt Lake City, UT 84117 | Services | | 159,988.00 |
| American Express Corporate Card PO Box 1270 Newark, NJ 07101-1270 | American Express Corporate Card PO Box 1270 Newark, NJ 07101-1270 | Credit card purchases | | 154,692.22 |
| John W. Meyers 12 Remington Lane Houston, TX 77005 | John W. Meyers 12 Remington Lane Houston, TX 77005 | Consulting fees | | 100,000.00 |
| Universal Steel Erectors, Inc. 149 Reservoir Drive Weare, NH 03281 | Universal Steel Erectors, Inc. 149 Reservoir Drive Weare, NH 03281 | Services | | 99,356.36 |
| DOWCO Consultants Ltd 2433 Holdom Ave Burnaby, B.C. Canada V5B 5A1 | DOWCO Consultants Ltd 2433 Holdom Ave Burnaby, B.C. | Services | | 95,418.98 |
| Daniel Marr & Son Co. One D Street Boston, MA 02127 | Daniel Marr & Son Co. One D Street Boston, MA 02127 | Services | | 76,623.10 |
| United Steel Erectors, Inc. 5471 Vt. 15 Wolcott, VT 05680 | United Steel Erectors, Inc. 5471 Vt. 15 Wolcott, VT 05680 | Services | | 76,555.90 |
| Bret Steel Corporation PO Box 1457 Dover, NH 03821-1457 | Bret Steel Corporation PO Box 1457 Dover, NH 03821-1457 | Services | | 76,410.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Isaacson Structural Steel, Inc.**                                  Case No. _____

                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Metals USA Plates and Shapes**<br>**PO Box 827110**<br>**Philadelphia, PA 19182-7110** | Metals USA Plates and Shapes<br>PO Box 827110<br>Philadelphia, PA 19182-7110 | **Supplies** | | 67,314.69 |
| **Virginia Tidewater Group International**<br>**5304 Larkins  Lair Court**<br>**Virginia Beach, VA 23464** | Virginia Tidewater Group International<br>5304 Larkins  Lair Court<br>Virginia Beach, VA 23464 | **Services** | | 66,162.00 |
| **C.S.E. Inc.**<br>**PO Box 532**<br>**Williston, VT 05495** | C.S.E. Inc.<br>PO Box 532<br>Williston, VT 05495 | **Services** | | 61,616.75 |
| **Colby Company, LLC**<br>**PO Box 1675**<br>**Portland, ME 04104** | Colby Company, LLC<br>PO Box 1675<br>Portland, ME 04104 | **Services** | | 52,493.00 |
| **Cigna Healthcare**<br>**500 Southborough Drive,**<br>**Suite 202**<br>**South Portland, ME 04106** | Cigna Healthcare<br>500 Southborough Drive, Suite 202<br>South Portland, ME 04106 | **Insurance** | | 52,175.60 |
| **Haydon Bolts, Inc.**<br>**1181 Unity Street**<br>**Philadelphia, PA 19124-3196** | Haydon Bolts, Inc.<br>1181 Unity Street<br>Philadelphia, PA 19124-3196 | **Supplies** | | 43,340.72 |
| **MMW, Inc.**<br>**PO Box 1128**<br>**Auburn, GA 30011** | MMW, Inc.<br>PO Box 1128<br>Auburn, GA 30011 | **Services** | | 35,148.70 |
| **O.B. Hill Trucking & Rigging Co., Inc.**<br>**197 West Central Street**<br>**Natick, MA 01760** | O.B. Hill Trucking & Rigging Co., Inc.<br>197 West Central Street<br>Natick, MA 01760 | **Services** | | 34,121.20 |
| **Massachusetts Dept of Revenue**<br>**PO Box 7010**<br>**Boston, MA 02204** | Massachusetts Dept of Revenue<br>PO Box 7010<br>Boston, MA 02204 | **Taxes - May** | | 33,119.57 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **June 22, 2011** _____      Signature   **/s/ Arnold P. Hanson, Jr.** _____

                                                 **Arnold P. Hanson, Jr.**<br>                                                 **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§  152 and 3571.

**United States Bankruptcy Court**
**District of New Hampshire**

In re  **Isaacson Structural Steel, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 22, 2011**                         **/s/ Arnold P. Hanson, Jr.**

**Arnold P. Hanson, Jr./President**
Signer/Title

2747-2620 Quebec
239, ch.Lvoie
C.P. 218
Coaticook
Quebec  J1A 2T7  CANADA

3M
PO Box 844190
Dallas, TX 75284-4190

A.B.L. Golf Cars & Hydraulics
PO Box 729
Waterboro, ME 04087

Airgas East
27 Northwestern Drive
Salem, NH 03079

Airgas Safety
128 Wharton Road
Bristol, PA 19007-1693

Ajax Construction Co., Inc.
2833 Victory Highway
Harrisville, RI 02830

ALP Steel Corp.
PO Box 1085
Buffalo, NY 14220-8085

American Bolt & Nut Company
PO Box 6119
Chelsea, MA 02150-0006

American Express Corporate Card
PO Box 1270
Newark, NJ 07101-1270

American Steel Erectors
PO Box 185
Greenfield, NH 03047

American Steel Fabricators, Inc.
PO Box 185
Greenfield, NH 03047

Aquest Corporation
PO Box 777
Somers, CT 06071

Arc Electrostatic Painting Co.
PO Box 128
Auburn, NH 03032

Atlantic Machinery Sales, Inc.
#65 Route 125
Kingston, NH 03848

Barnes Distribution
1301 East 9th Street, Suite 700
PO Box 92601
Cleveland, OH 44114-1824

BECO Engineering Services, MBE
340 Andrews Avenue
Johnson City, NY 13790

Berlin City Chevrolet
545 Main St.
Gorham, NH 03581

Berlin City Ford
255 Maine Mall Road
South Portland, ME 04106

Berlin Foundry & Machine
PO Box 127
Berlin, NH 03570

Berlin Spring, Inc.
PO Box 67
Berlin, NH 03570

Berlin Water Works
55 Willow Street
Berlin, NH 03570

Bernstein Shur
PO Box 9729
Portland, ME 04104-5029

BMW Financial
Customer Service Ctr.
PO Box 3608
Dublin, OH 43016-0306

Brentwood Machine Sales, Inc.
313 State Route 125
Brentwood, NH 03833

Bret Steel Corporation
PO Box 1457
Dover, NH 03821-1457

Bruce Reichelt Enterprises
46895 SW LaChance Road
Grand Ronde, OR 97347

C.S.E. Inc.
PO Box 532
Williston, VT 05495

Carboline Company
350 Hanley Industrial Court
Saint Louis, MO 63144

Charles Leonard Const. Co., Inc.
183 Pembroke Road
Concord, NH 03301

Cigna Healthcare
500 Southborough Drive, Suite 202
South Portland, ME 04106

City of Berlin
168 Main Street
Berlin, NH 03570

Clark's Machine Shop
PO Box 15
Clinton, ME 04927

Clean Rentals
PO Box 63070
New Bedford, MA 02746-0899

CMC Joist & Deck
Dept 1049
PO Box 121049
Dallas, TX 75312-1049

Colby Company, LLC
PO Box 1675
Portland, ME 04104

Combined Services LLC
15 North Main Street, Suite 300
Concord, NH 03301-4945

Computer Detailing, Inc.
2225 East Murray Holladay Rd., Suite 220
Salt Lake City, UT 84117

Contour Steel
PO Box 7
Lake View, NY 14085-0007

Daniel Koury Construction Inc.
93 Gilbane St.
Warwick, RI 02886-6901

Daniel Marr & Son Co.
One D Street
Boston, MA 02127

David Payeur
50 Haven Avenue
Berlin, NH 03570

Dell
Dept 57 - 0002152292
PO Box 689020
Des Moines, IA 50368-9020

Deluxe Business Forms
PO Box 742572
Cincinnati, OH 45274-2572

Design Dasa
1501 Old Cheney Road
Box 2
Lincoln, NE 68512

DOWCO Consultants Ltd
2433 Holdom Ave
Burnaby, B.C.
Canada V5B 5A1

Duncan Galvanizing Corporation
69 Norman Street
Everett, MA 02149

East Shore Supply, Inc.
5 Old Bradley Street
East Haven, CT 06512-2344

Fastenal Company
PO Box 978
Winona, MN 55987-0978

Fed Ex
PO Box 371461
Pittsburgh, PA 15250-7461

Fleetpride, Inc.
PO Box 281811
Atlanta, GA 30384-1811

Fletch's Sandblassting & Painting, Inc.
52 Shirking Road
Epping, NH 03042

Fraser Molloy & Associates
PO Box 202
Lincoln, MA 01773-0202

Gexpro
PO Box 100275
Atlanta, GA 30384

Government Data Publications, Inc.
GDP Building (Accounting Div)
1661 McDonald Avenue
Brooklyn, NY 11230

Grainger
370 E. Industrial Dr.
Manchester, NH 03109-5310

Great American Leasing
PO Box 609
Cedar Rapids, IA 52406-0609

HarMac
PO Box 30135
Hartford, CT 06150

Haydon Bolts, Inc.
1181 Unity Street
Philadelphia, PA 19124-3196

Health Plans Inc.
1 Market Street, 3rd Floor
Portland, ME 04101

Hilti, Inc.
PO Box 382002
Pittsburgh, PA 15250-8002

Hyster Capital
PO Box 643749
Pittsburgh, PA 15264-3749

Infra Metals Corporation
8 Pent Highway
Wallingford, CT 06492

Irving Oil
PO Box 11013
Lewiston, ME 04243

James F. Stearns Co., Inc.
42 Winter Street
Pembroke, MA 02359

John W. Meyers
12 Remington Lane
Houston, TX 77005

Joseph P. Carrara & Sons, Inc.
2464 Case Street
Middlebury, VT 05753

K.L. Jack & Co., Inc.
145 Warren Street
Portland, ME 04103

KTA-TATOR, Inc.
115 Techn ology Srive
Pittsburgh, PA 15275

Lab Safety Supply
PO Box 5004
Janesville, WI 53547-5004

Labonville, Inc.
504 Main Street
Gorham, NH 03581

Lamoureux'S auto Body Shop LLC
130A Wight Street
Berlin, NH 03570

Landscape Impressions
PO Box 345
Gorham, NH 03581

Leon Costello Company
1701 Riverside Drive
Berlin, NH 03570

Lexus Financial Services
PO Box 5855
Carol Stream, IL 60197-5855

Lifesavers, Inc.
39 Plymouth Street
Fairfield, NJ 07004

LT Software Solutions, Inc.
235 West Road, Suite 4
Portsmouth, NH 03801-5600

Lubker Distribution A Carrlu Co.
PO Box 1388
West Chester, PA 19380

Macsteel Service Centers USA
385 West Hollis Street
Nashua, NH 03060

Mass Crane & Hoist
72 Progress Avenue
Tyngsboro, MA 01879

Massachusetts Dept of Revenue
PO Box 7010
Boston, MA 02204

Mastermans
PO Box 411
Auburn, MA 01501-0411

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

McNichols Co.
PO Box 101211
Atlanta, GA 30392-1211

Metals USA Plates and Shapes
PO Box 827110
Philadelphia, PA 19182-7110

Milan Excavating
PO Box 299
Berlin, NH 03570

MMW Connection Design, Inc.
PO Box 1128
Auburn, GA 30011

MMW, Inc.
PO Box 1128
Auburn, GA 30011

Motion Industries Inc.
1327 Main Street
Berlin, NH 03570

Mr. Auto
756 Third Avenue
Berlin, NH 03570

MSC Industrial Supply Co., Inc.
Dept. CH 0075
Palatine, IL 60055-0075

Munce's Konvenience
79 Pleasant Street
Berlin, NH 03570

Munce's Lubricants
PO Box 176
Gorham, NH 03581

Munce's Propane
620 Berlin-Gorham Road
Gorham, NH 03581

NADA Used Car Guide
Dept 266
Washington, DC 20042-0266

Nefco Corporation
PO Box 280186
East Hartford, CT 06128-0186

NH Department of Safery
James Hayes Building
10 Hazen Drive
Concord, NH 03301

Northeast Doran
PO Box 1042
Skowhegan, ME 04976

Northern Community Investment Corp.
347 Portland Street
Saint Johnsbury, VT 05819

Northway Bank
3424 White Mtn Hwy.
North Conway, NH 03860

NY Tech Supply Co.
PO Box 180
La Fayette, NY 13084

O.B. Hill Trucking & Rigging Co., Inc.
197 West Central Street
Natick, MA 01760

Oliver Stores
565 Main Street
Lancaster, NH 03584

P.J.A. Associates
350 State Street, Suite 200
Binghamton, NY 13901

P.S.E. Consulting, Inc.
PO Box 374
North Billerica, MA 01862

Passumpsic Savings Bank
497 Railroad St.
Saint Johnsbury, VT 05819-0038

PC Connection Inc.
PO Box 4520
Woburn, MA 01888-4520

Peddinghaus Corporation
300 North Washington
Bradley, IL 60915

Perras Lumber Inc.
PO Box 129
Groveton, NH 03582

Platinum Plus for Business
PO Box 15710
Wilmington, DE 19886-5710

Precision Ladder, LLC
PO Box 2279
Morristown, TN 37816-2279

Professional Sports Publications
350 Massachusetts Ave., Dept. 119
Arlington, MA 02474

R&B Wagner, Inc.
PO Box 423
Butler, WI 53007

Ram Drafting
350 Scott Street, Suite 206
St. Catherine
Ontario L2N 6T4  CANADA

Rays Electric
PO Box 597
Berlin, NH 03570

Red-D-Arc Inc.
1035 Millbury Street
Worcester, MA 01607-1494

Reliance Steel, Inc. and Subsidiary
94 South Oak Circle
Colchester, VT 05446

Ritchie & Sons
195 Ballardvale Street
Wilmington, MA 01887

Rockingham Electric Supply Co.
187 River Road
Newington, NH 03801

Ross Express
PO Box 8908
Penacook, NH 03303

Ruberto, Israel & Weiner, P.C.
100 North Washington Street
Boston, MA 02114

Sanel Auto Parts Co.
PO Box 504
Concord, NH 03302-0504

Shaw Communications
PO Box 250
Gorham, NH 03581

Sherwin-Williams
124 Glen Avenue
Berlin, NH 03570

Smith & Town Printers
42 Main Street
Berlin, NH 03570

South Jersey Energy
5429 Harding Highway, Building 501
Mays Landing, NJ 08330

Spiller's Reprographics
PO Box 1638
Lewiston, ME 04241-1638

State of Maine Revenue Services
24 State House Station
Augusta, ME 04333-0024

State of Vermont
133 State Street
Montpelier, VT 05633

State Permits
7049 Mears Gate Dr. NW
North Canton, OH 44720

Textile Waste Supply Company
PO Box 290060
Charlestown, MA 02129-0001

The Steel Supply Co., Inc.
35 Pine Drive
Cold Spring Harbor, NY 11724

Tnemec Company, Inc.
PO Box 843797
Dallas, TX 75284-3797

Triad Metals International
One Village Road
Horsham, PA 19044

Triangle Engineering
6 Industrial Way
Hanover, MA 02339-2425

Tribridge Holdings, LLC
Dept 369
PO Box 8000
Buffalo, NY 14267

Twinstate
291 Rand Hill Road
Morrisonville, NY 12962

United Industrial Services
PO Box 845033
Boston, MA 02284-5033

United Steel Erectors, Inc.
5471 Vt. 15
Wolcott, VT 05680

Universal Steel Erectors, Inc.
149 Reservoir Drive
Weare, NH 03281

V&S Taunton Galvanizing, LLC
585 John Hancock Road
Taunton, MA 02780

Vibra-Conn, Inc.
49 Center Street
Winsted, CT 06098-1656

Virginia Tidewater Group International
5304 Larkins Lair Court
Virginia Beach, VA 23464

Vulcraft of New York, Inc.
Lock Box 822562-312 Route 38
East Gate Drive
Moorestown, NJ 08057

W.B. Mason
PO Box 55840
Boston, MA 02205-5840

Wells Fargo
733 Marquette Ave, Suite 700
Minneapolis, MN 55402

White Mountain Lumber
PO Box 7
Berlin, NH 03570

Yankee Trucks
PO Box 11866
Concord, NH 03302-1866

Zep Manufacturing Company
PO Box 3338
Boston, MA 02241-3338

## CERTIFICATE OF CORPORATE RESOLUTIONS AND AUTHORITY
## OF
## ISAACSON STRUCTURAL STEEL, INC.

I, Arnold P. Hanson, Jr., President of Isaacson Structural Steel, Inc., a New Hampshire corporation (the "Corporation"), hereby certify that:

1.  The resolutions set forth in the attached Schedule of Resolutions were duly and lawfully adopted by the Board of Directors of the Corporation (the "Board") by unanimous consent pursuant to Section 8.21 of the New Hampshire Business Corporation Act, RSA 293-A as amended, ["NHBCA" and "Resolution(s)", respectively] and became effective as of June 10, 2011 at 10:00 a.m. ("Effective Date and Time").

2.  Each of the Resolutions is in full force and effect.

3.  There is no provision in the Certificate of Incorporation, Articles of Incorporation, Bylaws or other incorporation papers of the Corporation which limits the power of the Board to adopt the Resolutions.

IN WITNESS WHEREOF I have executed this Certificate of Corporate Resolutions and Authority hereunto on this date.

Dated: June 13, 2011

Its duly Authorized
President

C:\Documents and Settings\arnie\Local Settings\Temporary Internet Files\Content.IE5\Q25VW5MV\Corporate Resolutions (00032027).DOC

A
## SCHEDULE OF RESOLUTIONS

This schedule is annexed to, forms and integral part of and is incorporated into the Certificate of Corporate Resolutions as fully as if completely set forth in it.

### RESOLVED:

That in the judgment of the Board, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other interested parties, that a petition is to be filed by the Corporation seeking relief under the provision of Chapter 11, Title 11, United States Code.

### RESOLVED:

That the President of the Corporation is, acting singly, authorized and directed, on behalf of and in the name of the Corporation, to execute and verify a petition substantially in the form set out in the Official Forms of Bankruptcy and to cause the same to be filed with the United States Bankruptcy Court for the District of New Hampshire as soon as practicable.

### RESOLVED:

That the President of this Corporation is hereby authorized to execute and file all petitions, schedules, lists and other papers as soon as practicable and to take any and all action which they deem necessary or proper in connection with the Chapter 11 case.

### RESOLVED:

That the President is hereby authorized and empowered to retain the law firm of William S. Gannon PLLC to assist with the preparation and filing of a petition under Chapter 11 of the Bankruptcy Code and to represent this Corporation in all matters during such Chapter 11 proceedings.

Business Entity



Search
By Business Name
By Business ID
By Registered Agent
Annual Report
File Online

**Date:** 6/3/2011

### Filed Documents
(Annual Report History, View Images, etc.)

## Business Name History

| Name | Name Type |
|---|---|
| ISAACSON STRUCTURAL STEEL, INC. | Legal |

## Corporation - Domestic - Information

| | |
|---|---|
| **Business ID:** | 19297 |
| **Status:** | Good Standing |
| **Entity Creation Date:** | 1/20/1970 |
| **Principal Office Address:** | 40 JERICHO ROAD<br>PO BOX 67<br>BERLIN NH 03570 |
| **Principal Mailing Address:** | 40 JERICHO ROAD<br>PO BOX 67<br>BERLIN NH 03570 |
| **Last Annual Report Filed Date:** | 1/13/2011 |
| **Last Annual Report Filed:** | 2011 |

## Registered Agent

| | |
|---|---|
| **Agent Name:** | Griffin, Steven D |
| **Office Address:** | 40 JERICHO RD<br>BERLIN NH 03570 |
| **Mailing Address:** | |

N23

## ISAACSON STRUCTURAL STEEL, INC.

### A R T I C L E S   O F   A G R E E M E N T

We, the undersigned, being of lawful age, do hereby associate ourselves together for the purpose of forming a corporation under the provisions of the Business Corporation Laws of the State of New Hampshire.

### ARTICLE I

The name of the corporation shall be Isaacson Structural Steel, Inc.

### ARTICLE II

The objects for which this corporation is established are:

(a) To engage in the business of selling structural steel on a retail and wholesale basis;

(b) To purchase, sell and generally engage in the wholesale and retail sales of structural steel, iron and other metal products;

(c) To purchase, sell and generally engage in the business of purchasing for resale all types of building materials and hardware both as a retailer and as a wholesale outlet;

(d) To generally deal in the purchase and sale of waste metal and used metal;

(e) To purchase, own, sell, convey, mortgage, or lease, within or without the State of New Hampshire, such personal property and real estate as may be deemed necessary to the corporate business;

(f) To give deeds, mortgages, notes, and other obligations necessary to transact and carry on the business of the corporation;

(g) To purchase shares of stock, bonds, or any type of securities of other corporations, within or without the State of New Hampshire, as the best interest or the purposes of the corporation may require;

(h) To do and carry on any other business in connection with or relating to the objects and purposes hereinabove stated not inconsistent with the Laws of the State of New Hampshire;

The objects and powers of the corporation, as expressed in these Articles of Agreement shall be construed to be in furtherance and not in

limitation of the general powers conferred by the Laws of the State of New Hampshire.

Provided, however, that nothing herein contained shall be construed as authorizing the corporation to transact business in any other state, territory, or foreign country contrary to the provisions of the laws of such state, territory, or foreign country.

ARTICLE III

The principal place of business of the corporation shall be at Jericho Road, in the City of Berlin, County of Coos and State of New Hampshire.

ARTICLE IV

The amount of the authorized Capital Stock shall be Two Hundred (200) shares of Common Stock of no par value.

ARTICLE V

The first meeting of the incorporators shall be held at the offices of Bergeron & Hanson, 110 Pleasant Street, Berlin, New Hampshire, on the twenty-seventh day of December, 1969 at 10:30 o'clock in the forenoon.

| Names | Post Office Addresses |
|---|---|
| Eli L. Isaacson | 341 Willard Street Berlin, New Hampshire |
| Frederick Isaacson | 145 Park Street Berlin, New Hampshire |
| Dorothy Isaacson | 341 Willard Street Berlin, New Hampshire |

-2-

475

## ISAACSON STRUCTURAL STEEL, INC.

### O R G A N I Z A T I O N. M E E T I N G

A meeting of the incorporators of ISAACSON STRUCTURAL STEEL, INC. was held at the offices of Bergeron & Hanson, Attorneys at Law, 110 Pleasant Street, Berlin, New Hampshire, on the twenty-seventh day of December, 1969 at 10:30 o'clock in the forenoon, in pursuance of the provisions of the Articles of Agreement, and all the incorporators were present.

At said meeting an organization was effected by the election of Sharon Doble as Temporary Clerk, who was duly sworn before Arnold P. Hanson, Justice of the Peace, in an open meeting.

On motion duly seconded, it was unanimously VOTED:

That the corporation adopt the following by-laws to govern the operation of its affairs:

(COPY OF BY-LAWS OMITTED)

On motion duly seconded, it was VOTED:

To proceed to the election of the officers of the corporation, and the following officers were unanimously elected:

Names

| | | |
|---|---|---|
| Eli L. Isaacson | 341 Willard Street<br>Berlin, New Hampshire | President |
| Frederick Isaacson | 145 Park Street<br>Berlin, New Hampshire | Vice-President |
| Eli L. Isaacson | 341 Willard Street<br>Berlin, New Hampshire | Treasurer |
| Arnold P. Hanson | 119 Prospect Street<br>Berlin, New Hampshire | Clerk |
| Eli L. Isaacson | 341 Willard Street<br>Berlin, New Hampshire | Director |
| Frederick Isaacson | 145 Park Street<br>Berlin, New Hampshire | Director |
| Dorothy Isaacson | 341 Willard Street<br>Berlin, New Hampshire | Director |

On motion duly made and seconded, it was unanimously VOTED:

That the authorized Capital Stock of the corporation shall be Two Hundred (200) shares of Common Stock with no par value.

*476*

On motion duly made and seconded, it was VOTED:  That the following stock be now issued for the consideration to be set forth as follows:

NAME:                                    NUMBER OF SHARES:

Eli L. Isaacson                          100

The consideration for the issuance of 100 shares of no par value stock to Eli L. Isaacson is the transfer to Isaacson Structural Steel, Inc. by Eli L. Isaacson of all motor vehicles, machinery and equipment and all other personal property used or usable in connection with the present operation of the business of Eli L. Isaacson operating under the style and trade name of "Isaacson Steel".  The transfer of said vehicles and equipment is made subject to such liens as may exist thereon, and the corporation agrees to save the said Eli L. Isaacson harmless from all balances due thereon.  It is further understood and agreed that the effective date of the transfer shall be January 1, 1970.  It is further understood and agreed that the accounts receivable, prepaid items and inventory are specifically excluded from the transfer.

The clerk of the corporation was then duly sworn according to the following form:

STATE OF NEW HAMPSHIRE
COOS,               SS.                    December 27, 1969

Personally appeared Arnold P. Hanson, and made oath that he would faithfully and impartially discharge and perform all the duties of Clerk of ISAACSON STRUCTURAL STEEL, INC., according to the best of his knowledge and ability.

Before me,          *Arthur J. Bergson*
                    Justice of the Peace

There being no further business presented for the consideration of the meeting, it was VOTED to adjourn.

A true record,

ATTEST:             *Signature*
                    Temporary Clerk

-2-

*477*

## A F F A D A V I T

We, the undersigned, being the Treasurer, and, a majority of the
Board of Directors, elected at the Organization Meeting of ISAACSON STRUCTURAL
STEEL, INC., as hereinabove set forth, do hereby severally make oath that the
foregoing is a true copy of the record of organization of said corporation and
contains the original of the Articles of Agreement, the names and addresses
of the officers and directors and the original record of the Organization
Meeting, except the by-laws, duly attested by the Temporary Clerk; and that
the consideration for which stock with no par value is to be issued, in accord-
ance with the votes contained in the foregoing record of organization, is,
to the best of our knowledge, information, and belief, of actual value in
money equal to the value of the stock to be issued therefor.

_____
Treasurer

_____

_____
Majority of Directors

STATE OF NEW HAMPSHIRE
COOS,             SS.                           December 27, 1969

Personally appeared the hereinabove-named Eli L. Isaacson, Treasurer,
Frederick Isaacson and Dorothy Isaacson, a majority of the Directors of
Isaacson Structural Steel, Inc., and made oath that the foregoing organization
record and statement by them signed is true.

Subscribed and sworn to this 27th day of December, 1969.

Before me,

_____
Justice of the Peace

*478*

The Record of Organization of ...................................
............... Isaacson Structural Steel, Inc.................
having been submitted to me, I have examined the same and find
that it conforms to the provisions of the Business Corporation
Law, and it is hereby approved.

Dated ..January 20, 1970......

*[signature]*
Assistant Attorney General

STATE OF NEW HAMPSHIRE

Office of the Secretary of State

Filed for record this ....20th...

day of ...January..., 19 70.......

at ......4:10 P. m..........o'clock

*[signature]*
DEPUTY
SECRETARY OF STATE