UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re

    Isaacson Steel, Inc.                                  Chapter 11
    Isaacson Structural Steel, Inc.                Case No. 11-12415-JMD
         Debtors                                     Case No. 11-12416-JMD

**APPOINTMENT OF AN OFFICIAL COMMITTEE**
**OF UNSECURED CREDITORS IN CHAPTER 11 CASES**

    To the Honorable J. Michael Deasy, United States Bankruptcy Judge:

    Pursuant to 11 U.S.C. §1102(a), William K. Harrington, United States Trustee, hereby appoints the following creditors as members of the Official Committee of Unsecured Creditors for these cases:

1.     Timothy M. Riley, Trustee
    The Eli Isaacson Family Trust
    c/o The Harbor Group - Bedford Commons
    402 Riverway Place
    Bedford, NH 03110
    (603) 628-0634 phone
    (603) 668-4561 fax
    Email: triley@harborgrp.com
    Asserted unsecured claim: $850,000

2.     Mr. Gerard Bellavance, Secretary
    United Steel Erectors, Inc.
    P.O. Box 3
    Wolcott, VT 05680
    (802) 472-6146 phone
    fax: none
    Email: useigerard@gmail.com
    Asserted unsecured claim: $194,003

3.     Charles Fenderson, President
    Charles Leonard Construction, Inc.
    183 Pembroke Road
    Concord, NH 03252
    (603) 225-0211 phone
    (603) 225-0325 fax
    Email: charles@charlesleonardinc.com
    Asserted unsecured claim: $197,502

    4.       Mr. Daryll Bridges, Vice President
James F. Stearns Co., Inc.
42 Winter Street
Pembroke, MA 02359
(781) 829-0098 phone
(781) 829-0092 fax
Email: dbridges@jfstearns.com
Asserted unsecured claim: $2,213,858

    5.       Mr. Kevin Tote, Credit Manager
Namasco Corporation
760 Newfield Street
Middletown, CT 06457
(860) 398-5224 phone
(860) 398-4178 fax
Email: ktoto@namasco.com
Asserted unsecured claim: $78,623

                                WILLIAM K. HARRINGTON
                                UNITED STATES TRUSTEE

                By:    /s/ Geraldine Karonis
                          Geraldine Karonis
                          Assistant U.S. Trustee
                          Ann Marie Dirsa, Esq.
                          Trial Attorney
                          1000 Elm Street, Suite 605
                          Manchester, NH 03101
                          (603) 666-7908 phone
                          (603) 666-7912 direct dial
                          (603) 666-7913 fax
                          Email: Geraldine.L.Karonis@usdoj.gov

Dated: June 30, 2011

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served a copy of the Appointment of an Official Committee of Unsecured Creditors as follows:

**Notice will be electronically mailed to counsel of record via CM/ECF:**

William S. Gannon, Esq.
Gregory Moffett, Esq.
Ann Marie Dirsa, Esq.

**Notice will be electronically mailed to committee members:**

| | |
|---|---|
| Mr. Timothy M. Riley | Email: triley@harborgrp.com |
| Mr. Gerard Bellavance | Email: use1gerard@gmail.com |
| Mr. Charles Fenderson | Email: charles@charlesleonardinc.com |
| Mr. Daryll Bridges | Email: dbridges@jfstearns.com |
| Mr. Kevin Tote | Email: ktoto@namasco.com |

Dated: June 30, 2011                                    /s/ Geraldine Karonis
                                                                        Geraldine Karonis