UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| In re<br><br>ISAACSON STRUCTURAL STEEL, INC.<br><br>Debtor | Chapter 11<br>Case No. 11-12416-JMD |

### NOTICE OF APPEARANCE AND
### DEMAND FOR NOTICE AND PLEADINGS

  **PLEASE TAKE NOTICE** that Daniel W. Sklar, Holly J. Kilibarda, and the law firm of Nixon Peabody LLP hereby appear as counsel to the Official Committee of Unsecured Creditors ("the "Committee"), duly appointed by the Office of the United States Trustee in the matter of the above-referenced bankruptcy, and request that all notices given or required to be given in this case and all pleadings and other papers served in this case be given to, and served upon the undersigned pursuant to the Bankruptcy Code.

  **PLEASE TAKE FURTHER NOTICE** that pursuant to the Bankruptcy Code, the foregoing demand includes all orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telefax or otherwise which affects the Committee.

  Neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall be intended or deemed to waive: (1) the Committee's right to have a final order in non-core proceedings entered only after *de novo* review by a United States District Court Judge; (2) the Committee's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to the Committee's right to move for withdrawal of the reference; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is, or may be, entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupements are expressly reserved.

              Respectfully submitted,
              OFFICIAL COMMITTEE OF UNSECURED
              CREDITORS
              By and through its attorneys,

              NIXON PEABODY LLP

Dated: July 8, 2011        By: */s/ Daniel W. Sklar*
               Daniel W. Sklar
               NH BK #01443
               Holly Kilibarda
               NH BK #06912
               900 Elm Street
               Manchester, NH  03101
               (603) 628-4000
               dsklar@nixonpeabody.com
               hkilibarda@nixonpeabody.com

13537461.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appearance and Demand for Notice and Pleadings* was served on this 8th day of July, 2011, via this Court's electronic filing system to:

Ann Marie Dirsa - ECF
Assistant U.S. Trustee

William S. Gannon – ECF
For Isaacson Steel, Inc.

Gregory A. Moffet, ECF
For Passumpsic Savings Bank

and by first class postage prepaid mail:

Internal Revenue Service
Centralized Isolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

State of New Hampshire
Department of Employment Security
Attn: Arnold Rocklin-Weare
32 S. Main Street
Concord, NH 03301

            ___/s/ *Daniel W. Sklar*_____